UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :        CHAPTER 13

JOSEPH M. McLAUGHLIN,                 :

    Debtor                            :        BANKRUPTCY NO. 17-13563MDC

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE
### (Ocwen Loan Servicing – Claims Register Entry No. 7)

The Debtor has filed an Objection to the Proof of Claim you filed in this Bankruptcy case.

**Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the Objection, scheduled to be held before the Honorable Magdeline D. Coleman on Nov. 30 2017 at 11 A.M. in Courtroom #2, United States Bankruptcy Court, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania 19107. If you or your attorney do not attend the hearing on the Objection, the court may decide that you do not oppose the objection to your claim.

Date: Oct 11, 2017

_____
JAMES D. MORAN, ESQUIRE
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
(215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com