# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 17-13563-MDC

JOSEPH M MCLAUGHLIN

8606 COLONY DRIVE

PHILADELPHIA, PA 19152

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    JOSEPH M MCLAUGHLIN

    8606 COLONY DRIVE

    PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    JAMES MORAN ESQUIRE
    2230 LAND TITLE BUILDING
    100 SOUTH BROAD STREET
    PHILA, PA 19110-

                                        /S/ William C. Miller

Date: 3/16/2018                            _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee