UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :    CHAPTER 13

JOSEPH M. McLAUGHLIN,               :

        Debtor                          :    BANKRUPTCY NO. 17-13563MDC

## CERTIFICATION OF SERVICE OF MODIFIED CHAPTER 13 PLAN

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that on April 3, 2018 he made service of the Debtor's Second Modified Chapter 13 Plan in accordance with Local Bankruptcy Rule 3015-2.

                Respectfully submitted,

                JAMES D. MORAN, ESQUIRE
                Attorney for Debtor
                2230 Land Title Building
                100 South Broad Street
                Philadelphia, PA 19110
                Tel: (215) 751-1670
                Fax: (215) 563-8330
                jamesdmoran@hotmail.com

Dated: April 4, 2018