UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| JOSEPH M. McLAUGHLIN, | : | |
| Debtor | : | BANKRUPTCY NO. 17-13563MDC |

### CERTIFICATION OF NO OPPOSITION TO COUNSEL'S MOTION TO APPROVE FEE

James D. Moran, Esquire, the attorney for the Debtor, hereby certifies that more than twenty (20) days have elapsed since he made service of the Notice of Motion of Debtor's Counsel for Approval of Fee.

Counsel further certifies that no creditor or party in interest has filed an answer, objection, request for a hearing or other responsive pleading with this court.

Respectfully submitted,

JAMES D. MORAN, ESQUIRE
Attorney for Debtor
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
Tel: (215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com

Dated: April 6, 2018