UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

JOSEPH M. McLAUGHLIN, :

Debtor : BANKRUPTCY NO. 17-13563MDC

### ORDER APPROVING COUNSEL FEE

AND NOW, this 4th day of June, 2018, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $4,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that a counsel fee in the amount of $4,000.00 is APPROVED, and the balance due counsel in the amount of $3,200.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN,
U.S. Bankruptcy Judge

cc: William C. Miller, Trustee
1234 Market Street, 18th Floor
Philadelphia, PA 19107

Joseph M. McLaughlin
8606 Colony Drive
Philadelphia, PA 19152

James D. Moran, Esquire
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110