United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Joseph M. McLaughlin  
    Debtor

Case No. 17-13563-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 04, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2018.  
db           +Joseph M. McLaughlin,    8606 Colony Drive,    Philadelphia, PA 19152-2105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2018                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2018 at the address(es) listed below:

        JAMES D. MORAN    on behalf of Debtor Joseph M. McLaughlin jamesdmoran@hotmail.com  
        JEROME B. BLANK    on behalf of Creditor    The Bank Of New York Mellon Trust Company, et. al. paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    The Bank Of New York Mellon Trust Company, et. al. paeb@fedphe.com  
        MATTEO SAMUEL WEINER    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    The Bank Of New York Mellon Trust Company, et. al. paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                                            TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        CHAPTER 13

JOSEPH M. McLAUGHLIN,                               :

      Debtor                                        :        BANKRUPTCY NO. 17-13563MDC

## ORDER APPROVING COUNSEL FEE

AND NOW, this 4th day of June, 2018, upon consideration of the foregoing Motion for Approval of Counsel Fee and it appearing to the Court that a fee of $4,000.00 is reasonable in this matter, it is:

ORDERED and DECREED that a counsel fee in the amount of $4,000.00 is APPROVED, and the balance due counsel in the amount of $3,200.00 shall be disbursed for the Debtor to the Debtor's attorney by the Standing Chapter 13 Trustee to the extent allowed by the Debtor's Modified Chapter 13 Plan.

BY THE COURT:

*Magdeline D. Coleman*

MAGDELINE D. COLEMAN,
U.S. Bankruptcy Judge

cc:   William C. Miller, Trustee
      1234 Market Street, 18th Floor
      Philadelphia, PA 19107

      Joseph M. McLaughlin
      8606 Colony Drive
      Philadelphia, PA 19152

      James D. Moran, Esquire
      2230 Land Title Building
      100 South Broad Street
      Philadelphia, PA 19110