# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13563-MDC

JOSEPH M MCLAUGHLIN

8606 COLONY DRIVE

PHILADELPHIA, PA 19152

       Debtor

## CERTIFICATE OF SERVICE

     **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

JOSEPH M MCLAUGHLIN

8606 COLONY DRIVE

PHILADELPHIA, PA 19152

Counsel for debtor(s), by electronic notice only.

    JAMES MORAN ESQUIRE
    LAND TITLE BUILDING
    100 SOUTH BROAD STREET, SUITE 2230
    PHILA, PA 19110-

                    /S/ William C. Miller

Date: 11/20/2018               _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee